**APPLICATION DENIED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.** 9/21/2023

Requests for pro bono counsel must be accompanied by a completed IFP application. This application is available at https://www.nysd.uscourts.gov/sites/default/files/2018-06/IFP-application.pdf. Plaintiff's motion does not include this application and is therefore DENIED with leave to refile a request for the appointment of pro bono counsel with the supporting IFP application completed. I will consider any re-filed application under the standard set out in *Hodge v. Police Officers*, 802 F.2d 58, 60 (2d Cir. 1986).

---

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

E*TRADE SECURITIES LLC

(List the full name(s) of the defendant(s)/respondent(s).)

1:23 CV 07805 (VSB) ( )

Application for the Court to Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

    ☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

    ☑ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

    ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

I am critical need of represenation as this matter has become over my head and I need legal asistance to best represent my case in this matter.

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

I have reached out to the legal society and the american bar association but i have no had any sucess and with this mattter pending i really need legal assistance to take on this case.

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

| | |
|---|---|
| 09/05/2023 | *Marcus Sirmans* |
| Date | Signature |
| Marcus Sirmans | |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |
| 201 WEST 70TH ST | NEW YORK    NY    10023 |
| Address | City         State   Zip Code |
| (914) 508-0332 | sirmansm@gmail.com |
| Telephone Number | E-mail Address (if available) |