

**SO ORDERED**

*Vernon Broderick*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

The Clerk of Court is respectfully directed to strike Doc. 47 from the docket.

Dated: September 26, 2024

Eric Wong
Tel 212-801-9200
Fax 973.443-3288
wonge@gtlaw.com

September 19, 2024

<u>**VIA ECF**</u>
Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

      **Re:**    ***Sirmans v. E*TRADE Securities LLC***
              **Civil Action No. 1:23-cv-07805-VSB**

Dear Judge Broderick:

     This Firm represents Defendant E*TRADE Securities LLC ("Defendant") in the above-referenced matter. On September 4, 2024, Defendants filed a Stipulation of Dismissal With Prejudice executed by Plaintiff and the undersigned counsel for Defendant. Dkt. No. 47. However, the Stipulation was inadvertently filed using the ECF account of another attorney at Greenberg Traurig, Michael Slocum, Esq. Mr. Slocum did not represent Defendant in the above-referenced matter.

     The Stipulation was re-filed using the correct ECF account, and that re-filed Stipulation was entered "so ordered" by the Court. Dkt. Nos. 49 and 50.

     We respectfully request that the original Stipulation filed under Mr. Slocum's ECF account (Dkt. No. 47) be stricken, and that the Court direct the Clerk's Office to remove Docket No. 47 from the docket.

     We thank the Court for its time and attention to this matter.

                          Respectfully submitted,

                          **GREENBERG TRAURIG, LLP**
                          By: */s/ Eric Wong*
                               Eric Wong, Esq.

                          *Attorneys for Defendant*

September 19, 2024
Page 2

## CERTIFICATION OF SERVICE

I hereby certify that on this day, I caused the foregoing Letter Motion to be electronically filed with the Clerk of the Court using the CM/ECF system, and served copies of same via email to Plaintiff Marcus Sirmans at sirmansm@gmail.com.

By: /s/ *Eric D. Wong*
Eric D. Wong

Dated: September 19, 2023